## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> PACIFIC ENERGY RESOURCES LTD., *et al*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10785 (KJC) <br> Jointly Administered |
| UNION OIL COMPANY OF CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC ENERGY ALASKA OPERATING, LLC, <br> and SILVER POINT FINANCE, LLC <br><br> Defendants. | Adv. Proc. No. 09-51066 |

## AFFIDAVIT OF ROGER ELDER

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

1. I am counsel for Union Oil Company of California in this proceeding. I am an attorney admitted to practice in New York and am admitted pro hac vice in this case (Bankr. Dkt. No. 321). I submit this affidavit to attest to certain of the facts asserted in *Union Oil Company of California's Opening Brief in Support of Its Motion for Summary Judgment*. I have personal knowledge of the facts contained in this affidavit.

2. In response to a request of Union's counsel, counsel for certain pre-petition lenders, including Silver Point Finance, LLC, provided a disc which included the following documents:

701815384v1

a. First Lien Credit Agreement dated as of August 24, 2007, among Pacific Energy Alaska Operating, LLC, as the Borrower, Pacific Energy Alaska Holdings, LLC, as Holdings, the Lenders from time to time party thereto, Silver Point Finance, LLC, as Administrative Agent, Collateral Agent, Sole Lead Arranger, Sole Bookrunner, and Syndication Agent, and J. Aron & Company as Documentation Agent. A copy of this instrument is attached as Exhibit A.

b. Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing from Pacific Energy Alaska Operating LLC, a Delaware limited liability company (formerly known as Forest Alaska Operating, LLC, a Delaware limited liability company), ("Trustor") to First American Title Insurance Company ("Trustee") and Silver Point Finance, LLC, as Administrative and Collateral Agent ("Beneficiary") dated as of August 24, 2007. A copy of this instrument is attached as Exhibit B.

Executed this 17th day of November, 2009 at New York, New York.

By: _____
Roger Elder

STATE OF NEW YORK )
                  ) ss.
COUNTY OF NEW YORK )

SUBSCRIBED AND SWORN to before me November 17th, 2009.

Notary Public in and for New York
My Commission expires: 2011

LINDA A. HAGER
Notary Public, State of New York
No. 01HA6164501
Qualified in Kings County
Commission Expires April 23, 2011

2

701815384v1