IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>PACIFIC ENERGY RESOURCES LTD., *et al*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 09-10785 (KJC)<br>) Jointly Administered<br>) |
| UNION OIL COMPANY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC ENERGY ALASKA OPERATING, LLC,<br>and SILVER POINT FINANCE, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>) Adv. Proc. No. 09-51066<br>)<br>)<br>) |

## AFFIDAVIT OF SHANNON W. MARTIN

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

1. I am a Land Representative with Union Oil Company of California ("**Union**"). I submit this affidavit to attest to certain of the facts asserted in *Union Oil Company of California's Opening Brief in Support of Its Motion for Summary Judgment*. I have personal knowledge of the facts contained in this affidavit.

2. Union's relevant place of business for purposes of the performance of the Trading Bay Unit Operating Agreement ("**TBUOA**") and the Trading Bay Field Joint Operating Agreement ("**TBFJOA**") is in Alaska, as is Pacific Energy Alaska Operating, LLC's.

701798909v3

3. The TBUOA was negotiated and entered into in Alaska and California. The TBFJOA was negotiated and entered into in Alaska. Both the TBUOA and the TBFJOA give Union, as operating interest owner, lien rights against working interest owners in the Trading Bay Unit ("**TBU**") and the Trading Bay Field ("**TBF**") to secure payment of each working interest owner's share of operating and maintenance expenses in the TBU and the TBF.

4. Union has made several filings to secure its lien rights. The TBUOA was recorded January 26, 1999 in the real property records of the Anchorage Recording District at Book 3412 Page 001 and in the fixture filing records of the Anchorage Recording District at Book 3412 page 211. A true and correct copy of the TBUOA is attached as Exhibit A. The TBFJOA was also recorded January 26, 1999 in the real property records of the Anchorage Recording District at Book 3412, Page 421 and in the fixture filing records of the Anchorage Recording District at Book 3412 page 469. A true and correct copy of the TBFJOA is attached as Exhibit B. On March 15, 2002, Union filed a notice of lien on Forest Oil Corporation's ("**Forest**") interests in the TBU in the records of the Anchorage Recording District at No. 2002-017742-0 (the "**TBU Lien Notice**"). Among other things, the TBU Lien Notice sets out Forest as the owner of the real and personal property in which Union holds a lien, and provides the 1999 recording information for the TBUOA; it also contains a legal description of the TBU and describes the collateral covered by the lien. A true and correct copy of the TBU Lien Notice is attached as Exhibit C.

5. Also on March 15, 2002, Union filed a notice of lien in Forest's interests in the TBF in the records of the Anchorage Recording District at No. 2002-017741-0 (the "**TBF Lien Notice**"). Among other things, the TBF Lien Notice sets out Forest as the owner of the real and personal property in which Union holds a lien, provides the 1999 recording information for the

701798909v3

TBFJOA, contains a legal description of the TBF, and also describes the collateral covered by the lien. A true and correct copy of the TBF Lien Notice is attached as Exhibit D.

6. On June 5, 2008, Union filed a financing statement ("**2008 Fixture Filing**") as a fixture filing in the records of the Anchorage Recording District, at No. 2008-032974-0. The 2008 Fixture Filing identifies PEAO as the debtor and Union as the secured party, contains maps and legal descriptions of TBU/TBF, states that it is to be filed for record in the real property records, and describes the collateral as, "Interest in, and all oil or gas before or after extraction from, the Trading Bay Field or Trading Bay Unit, in the Cook Inlet Area of Alaska, as set forth in the attachment hereto." A true and correct copy of the 2008 Fixture Filing is attached as Exhibit E.

Executed this 16th day of November, 2009 at Anchorage, Alaska.

By: _____
Shannon W. Martin

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

SUBSCRIBED AND SWORN to before me November 16, 2009.

_____
Notary Public in and for Alaska
My Commission expires: 11/10/2012

STATE OF ALASKA
NOTARY PUBLIC
Zelma M. Clarke
My Commission Expires Nov 10, 2012