# CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that on this 4th day of December, 2009, I caused the foregoing of *Affidavit of Shannon W. Martin* to be served on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case **and** in the manner indicated to the individuals listed below.

*Via Hand Delivery*
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

*Via U.S. Mail*
Ira D. Kharasch, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

*Via U.S. Mail*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
*Attorney for Pacific Alaska Energy Operating, LLC*

*Via Hand Delivery*
Ian S. Fredericks, Esquire
Skadden, Arps, Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

*Via U.S. Mail*
T. Kellan Grant, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
*Attorneys for Silver Point Finance, LLC*

*Via Hand Delivery*
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

_____
Norman M. Monhait (Bar No. 1040)